AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

DUSTIMILLER JOHN,
Also known as Dustmiller John,
Also known as John Dustimiller,
DOB:  11/23/1960

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.   On or about _____October 12, 2004 and continuing to November 3, 2004_____ in _____Riyadh, Saudi Arabia_____ defendant did, (Track Statutory Language of Offense)

knowingly present and cause to be presented to an immigration officer a nonimmigrant visa application and supporting documents which contained statements, to wit, that the defendant was to be employed in the United States as a housekeeper for a Saudi diplomat and live at that diplomat's residence, which the defendant knew were false, in that no such diplomat, employment, or residence existed.

in violation of Title ___18___ United States Code, Section(s) ___1546(a) & 2___.

I further state that I am ___Jennifer McHugh,  Special Agent with the Department of State___,  and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant

AUSA, Angela G. Schmidt   (202) 514-7273
Sworn to before me and subscribed in my presence,

Jennifer McHugh, Special Agent
Department of State

_____   at   _____Washington, D.C._____
Date                                                                                         City and State

_____                _____
Name & Title of Judicial Officer                                       Signature of Judicial Officer