IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | MAGISTRATE NO. |
| ) | |
| DUSTIMILLER JOHN, ) | (UNDER SEAL) |
| aka DUSTMILLER JOHN, ) | |
| aka JOHN DUSTIMILLER, ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S MOTION FOR AN
ORDER TO SEAL THE COMPLAINT, AFFIDAVIT IN SUPPORT OF AN
APPLICATION FOR AN ARREST WARRANT,
THIS MOTION AND THE COURT'S ORDER TO SEAL**

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully moves this Honorable Court for entry of an Order sealing the complaint, affidavit in support of an application for arrest warrant, as well as this Motion and this Court's Order sealing these matters, and in support thereof states as follows:

Because this visa fraud investigation is continuing, disclosure of the complaint and affidavit in support of an application for an arrest warrant will jeopardize the progress of the investigation. Moreover, the defendant is not yet in custody on this charge. The need to preserve the integrity of an ongoing investigation and to arrest the defendant clearly are legitimate prosecutorial reasons upon which this Court may base an order to seal the requested documents. See Matter of Sealed Affidavit(s) to Search Warrants, 600 F.2d 1256, 1257 (9th Cir. 1979) ("[T]he Courts have inherent power, as an incident of their constitutional function, to control papers filed with the courts within certain constitutional and other limitations."); United States v. Hubbard, 650 F.2d 293, 316, n.84 (D.C. Cir. 1980). See also Fed. R. Crim. P. 6(e)(4) (indictment may be kept secret until defendant is in custody); United States v. Sharpe, 995 F.2d

49, 52 (5th Cir. 1993) (court has discretion to seal an indictment "for any legitimate prosecutorial objective or where the public interest otherwise requires it." (Internal citation omitted.)). There is, therefore, a compelling governmental and public interest in maintaining the complaint and arrest warrant affidavit under seal. See Washington Post v. Robinson, 935 F.2d 282, 289 (D.C. Cir 1991).

    As alleged in the complaint and affidavit in support of an arrest warrant, defendant is a Sri Lankan national charged with presenting immigration documents containing false statements. As of this date, agents from the United States Department of State are continuing to investigate this matter in an effort to identify individuals who knowingly assisted the defendant in preparing and submitting immigration documents containing false statements and other individuals who knowingly submitted immigration documents containing false statements similar to those presented by the defendant. The public disclosure of this complaint and affidavit in support of an application for an arrest warrant at this time could jeopardize these efforts. Moreover, the defendant is not yet in custody on this charge. We respectfully submit that the desire to identify other individuals involved in this and similar visa fraud schemes, and the need to arrest the defendant, constitute legitimate prosecutorial reasons, and thus appropriate bases, for an Order sealing the requested documents.

    We request that the sealing Order permit disclosure of the sealed documents to any persons, including governmental personnel or agents and law enforcement officials in this country and in any other country, to further investigate this offense or to capture the defendant.

WHEREFORE, the United States of America respectfully requests that this Honorable Court issue an Order sealing the complaint and affidavit in support of an application for arrest warrant, as well as sealing this motion and its proposed Order sealing these matters until further order of this Court, except as noted above.

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        UNITED STATES ATTORNEY
        D.C. Bar Number 451058

By: _____
        ANGELA G. SCHMIDT
        Assistant United States Attorney
        Texas Bar No. 17764980
        Transnational/Major Crimes Section
        555 Fourth Street, N.W., 11th Floor
        Washington, D.C. 20530
        (202) 514-7273
        Email: Angela.Schmidt@usdoj.gov