IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | MAGISTRATE NO. 05-0348M-01 |
| | ) | |
| DUSTIMILLER JOHN, | ) | (UNDER SEAL) |
| aka DUSTMILLER JOHN, | ) | |
| aka JOHN DUSTIMILLER, | ) | |
| | ) | |
| Defendant. | ) | |

FILED

JUN 2 0 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER TO SEAL

Having considered the Government's Motion for an Order to Seal the complaint and affidavit in support of an application for arrest warrant, and the government's motion for an order to seal, and having found that sealing the requested documents in the above-captioned matter will further the legitimate prosecutorial and public interests in preserving the integrity of an ongoing investigation and to arrest the defendant on this charge, having therefore concluded that there is a compelling governmental interest in sealing the request documents in this matter,

the Motion is HEREBY GRANTED.

Accordingly, it is HEREBY ORDERED that the complaint and affidavit in support of an arrest warrant in the above-captioned matter be sealed by the Clerk of the Court until further order of this Court, except that the United States and its agents may disclose the existence and/or contents of the sealed documents in the above-captioned matter to any persons, including governmental personnel or agents and law enforcement officials in this country and in any other country, to further the investigation and obtain custody of the defendant; and it is

HEREBY FURTHER ORDERED that the Government's Motion to Seal and this Order be sealed until further order of this Court; and it is

HEREBY FURTHER ORDERED that the Clerk of the Court shall provide to the United States Attorney's Office three certified copies of the sealed documents upon request.

Date: __JUN 2 0 2005__

_____
UNITED STATES MAGISTRATE JUDGE

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE