

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

*05-348M-01*

July 6, 2005

Clerk, United District Court
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

**FILED**

JUL 1 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Re:    Transfer to U.S. Magistrate Judge

Case No.  05-0348M-01 (Our Case No. 05-1407M)

Case Title:  USA v Dustimiller John

Dear Sir/Madam:

Pursuant to Rule 40 of the Federal Rules of Criminal Procedure, enclosed are the following:
- ☒ Certified copy of entire case file.
- ☒ Certified copy of docket sheet
- ☐ Letter re status of property bond
- ☐ Original bond enclosed
    - ☐ Original bond to be forwarded by the Fiscal Section
    - ☒ Certified copy of final commitment
    - ☐ Original Passport
    - ☐ Original Declaration re: Passport
- ☒ Other  Certified Financial- please note document is NOT FOR PUBLIC VIEW.

Please acknowledge receipt on the copy of this letter and return to this office.

Sincerely,

Clerk, U.S. District Court


By  Vanessa Del Rio
    Deputy Clerk 213-894-5297

cc:  U.S. Attorney (Central District of California)
     U.S. Attorney (Receiving district)

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

_____.

Clerk, U.S. District Court


_____       By _____
Date                              Deputy Clerk

CR-48 (01/01)            LETTER RE:  RULE 40 - TRANSFER OUT



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

SHERRI R. CARTER
District Court Executive and
Clerk of Court

July 6, 2005

Clerk, United District Court
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:     Transfer to U.S. Magistrate Judge

        Case No. __05-0348M-01 (Our Case No. 05-1407M)__

        Case Title: __USA v Dustimiller John__

Dear Sir/Madam:

Pursuant to Rule 40 of the Federal Rules of Criminal Procedure, enclosed are the following:
- ☒ Certified copy of entire case file.
- ☒ Certified copy of docket sheet
- ☐ Letter re status of property bond
- ☐ Original bond enclosed
    - ☐ Original bond to be forwarded by the Fiscal Section
    - ☒ Certified copy of final commitment
    - ☐ Original Passport
    - ☐ Original Declaration re: Passport
- ☒ Other  __Certified Financial- please note document is NOT FOR PUBLIC VIEW.__

Please acknowledge receipt on the copy of this letter and return to this office.

Sincerely,

Clerk, U.S. District Court

By __Vanessa Del Rio__
Deputy Clerk 213-894-5297

*cc:  U.S. Attorney (Central District of California)*
*U.S. Attorney (Receiving district)*

Receipt of the above-described documents is acknowledged herewith and assigned  case number:

_____.

Clerk, U.S. District Court

By _____
Deputy Clerk

_____
Date

TERMED

U.S. District Court
Central District of California (Western Div.)

CRIMINAL DOCKET FOR CASE #: 05-M -1407-ALL

USA v. John                                            Filed: 06/30/05
Dkt# in other court: None

Case Assigned to:    Unassigned

DUSTIMILLER JOHN (1)                 Victor R Cannon
     defendant                       FAX 213-894-0081
  [term  06/30/05]                   [COR LD NTC pda]
                                     Federal Public Defender
                                     321 East 2nd Street
                                     Los Angeles, CA 90012-4202
                                     213-894-2854


Pending Counts:

   NONE


Terminated Counts:

   NONE


Complaints                           Disposition

Defendant in violation of            Defendant held to answer to the
18:1546(a), 2.                       District of Columbia.        (-
                                     1)


U. S. Attorneys:

   NONE

I hereby attest and certify on _____
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

_____
DEPUTY CLERK

(1101)

Docket as of July 6, 2005 1:11 pm                    Page 1

```
Proceedings include all events.                           TERMED
2:05m 1407-ALL USA v. John
```

6/30/05   2      REPORT COMMENCING CRIMINAL ACTION as to Dustimiller John
                 arrested on 6/29/05.  Defendant's date of birth: 1960. (vdr)
                 [Entry date 07/06/05]

6/30/05   1      AFFIDAVIT RE OUT-OF-DISTRICT WARRANT filed as to
                 Dustimiller John, originating in the USDC, District of
                 Columbia. Defendant charged in violation of: 18:1546, 2.
                 Signed by Special Agent Evelyn Korns-Sams, DSS. (vdr)
                 [Entry date 07/06/05]

6/30/05   3      DEFENDANT Dustimiller John arrested on warrant issued from
                 USDC, District of Columbia. (vdr) [Entry date 07/06/05]

6/30/05   4      NOTICE OF REQUEST FOR DETENTION filed by USA as to
                 Dustimiller John. (vdr) [Entry date 07/06/05]

6/30/05   5      MINUTES OF ARREST ON O/D WARRANT held before Magistrate
                 Judge Ralph Zarefsky as to Dustimiller John: Defendant
                 arraigned and states true name is as charged. DFPD
                 Attorney Victor R Cannon appointed. Court orders
                 Dustimiller John permanently detained.  Court orders
                 Dustimiller John held to answer to USDC, District of
                 Columbia. Defendant committed to the custody of the U.S.
                 Marshal.   Tape No.: CR 06-30-05 (vdr) [Entry date 07/06/05]

6/30/05   --     TAMIL INTERPRETER required for Dustimiller John. (vdr)
                 [Entry date 07/06/05]

6/30/05   6      WAIVER OF RULE 5 HEARINGS filed by Dustimiller John,
                 excluding probation or supervised release cases: waiving an
                 identity hearing, receive a copy of the charge(s) against
                 me, have a preliminary examination. (vdr)
                 [Entry date 07/06/05]

6/30/05   7      ORDER OF DETENTION by Magistrate Judge Ralph Zarefsky as to
                 Dustimiller John  (cc: all counsel) (vdr)
                 [Entry date 07/06/05]

6/30/05   8      FINANCIAL AFFIDAVIT filed as to Dustimiller John. (vdr)
                 [Entry date 07/06/05]

7/5/05    9      FINAL COMMITMENT AND WARRANT OF REMOVAL by Magistrate Judge
                 Ralph Zarefsky as to Dustimiller John, to USDC, District of
                 Columbia. (vdr) [Entry date 07/06/05]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>v. | CASE NUMBER<br><br>05-1407 M |
| DUSTIMILLER JOHN<br>            Defendant. | FINAL COMMITMENT AND WARRANT OF REMOVAL TO<br>_____DISTRICT OF __COLUMBIA__<br>AT_____<br>(City) |

**FILED**
CLERK, U.S. DISTRICT COURT
JUL - 5 2005
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

**TO:    UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after:

☒ filing of a complaint before a U.S. Magistrate Judge

☐ an indictment by a Grand Jury and

☒ a bench warrant issued by Clerk of the District of Origin charging that starting on or about __May 14, 2005__ in the District of Origin, the defendant did:
     PRESENT AND CAUSED TO BE PRESENTED IMMIGRATION DOCUMENTS CONTAINING FALSE STATEMENTS

in violation of Title __18: 1546(a) & 2_____
The defendant has now:

I hereby attest and certify on __7/11/05__
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, 19 ___
_____
DEPUTY CLERK

☒     duly waived identity hearing before me on __June 30, 2005__.

☐     duly waived preliminary examination before me on _____

☐     had a hearing before me _____, 19 _____ it appears that there is probable cause to believe that the offense so charged has been committed and that the defendant has committed it.

☐     had a hearing before me on_____, and it appears that the defendant is the person named as charged, and

       ☐     BAIL HAS BEEN SET AT $_____ BUT HAS NOT BEEN POSTED.
       ☐     NO BAIL HAS BEEN SET.
       ☒     PERMANENT DETENTION HAS BEEN ORDERED.
       ☐     TEMPORARY DETENTION HAS BEEN ORDERED.

DATED:____7/1/05_____

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE

---

**RETURN**

Received this commitment and designated prisoner on _____, 20___, and on _____
20___, committed him to _____ and left with the custodian at the same time a certified copy of the within temporary commitment.

UNITED STATES MARSHAL
CENTRAL DISTRICT OF CALIFORNIA
DATED:_____    By_____, Deputy

M-15 (08/99)                        FINAL COMMITMENT AND WARRANT OF REMOVAL

FILED
CLERK, U.S. DISTRICT COURT

JUN 3 0 2005

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )   Case No. 05-1407m
                                 )
            Plaintiff,           )
                                 )
    vs.                          )   ORDER OF DETENTION
                                 )
                                 )
    DUSTMILLER JOHN              )
                                 )   I hereby attest and certify on 7/11/9
            Defendant.           )   that the foregoing document is a full, true
                                 )   and correct copy of the original on file in
                                 )   my office, and in my legal custody.

                                     CLERK U.S. DISTRICT COURT
                                     CENTRAL DISTRICT OF CALIFORNIA

                                     DEPUTY CLERK                (1101)

A.   ( )  On  motion  of  the  Government  in  a  case  allegedly
involving:

     1.   ( )  a crime of violence.

     2.   ( )  an  offense  with  maximum  sentence  of  life
imprisonment  or death.

     3.   ( )  a narcotics or controlled substance offense with
maximum sentence of ten or more years.

     4.   ( )  a felony - where defendant convicted of two or
more prior offenses described above.

JUL - 6 2005

B.    (X) On motion (y) by the Government/ ( ) on Court's own motion, in a case allegedly involving:

( ) On the further allegation by the Government of:

1.    (y) a serious risk defendant will flee.

2.    ( ) a serious risk defendant will:

a.    ( ) obstruct or attempt to obstruct justice.

b.    ( ) threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

C.    The Government ( ) is/ (x) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure defendant's appearance as required and the safety or any person or the community.

II

The Court finds that no condition or combination of conditions will reasonably assure:

1.    (X) the appearance of defendant as required.

( ) and/or

2.    ( ) the safety of any person or the community.

III

The Court has considered:

A.    the nature and circumstances of the offenses;

B.    the weight of evidence against the defendant;

C.    the history and characteristics of the defendant; and

D.    the nature and seriousness of the danger to any person or the community.

IV

The Court has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel.

V

The Court bases the foregoing finding(s) on the following:

A.    (x) Flight risk: _Nature of the charges, no legal status_

_or significant ties_ _____

_____

_____

B.    ( ) Danger: _____

_____

_____

_____

C.    ( ) See also Pretrial Services Report/recommendation.

D.    ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

VI

A.    The Court finds that a serious risk exists that defendant will:

        1.    (—) obstruct or attempt to obstruct justice.

        2.    ( ) threaten, injure or intimidate a witness/juror.

        3.    ( ) attempt to threaten, injure or intimidate a witness/ juror.

B.    The Court bases the foregoing finding(s) on the following:

_____

_____

( ) <u>See</u> <u>also</u> Pretrial Services Report/recommendation.

VI

A.    IT IS THEREFORE ORDERED that defendant be detained prior to trial.

B.    IT IS FURTHER ORDERED that defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

C.    IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private consultation with counsel.

D.    IT IS FURTHER ORDERED that, on order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined deliver defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

Dated:    6/30/05

RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>PUSTIMILLER JOHN<br><br><br>DEFENDANT. | CASE NUMBER:<br><br>05 - 1407M<br><br>WAIVER OF RIGHTS<br>(OUT OF DISTRICT CASES) |
|---|---|

I understand that charges are pending in the _____ District of **COLUMBIA** _____

alleging violation of ___ **18: 1546 (a) & 2** ___ and that I have been arrested in this district and

(Title and Section / Probation / Supervised Release)

taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:

    (1)    have an identity hearing to determine whether I am the person named in the charges;

    (2)    receive a copy of the charge(s) against me;

*-Check one only-*

**✗ EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**

    (3)    have a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

    (4)    request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

**☐ PROBATION OR SUPERVISED RELEASE CASES:**

    (3)    have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:**

    ☒    have an identity hearing

    ☒    receive a copy of the charges(s) against me

    ☒    have a preliminary examination

    ☐    have an identity hearing, and I have been informed that I have no right to a preliminary examination

    ☐    have an identity hearing, but I request that a preliminary examination be held in the prosecuting district

I hereby attest and certify on 7/11/05 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Date: 6/30/05

(1101)

X _____
Defendant

_____
Defense Counsel

_____
United States Magistrate Judge

SCANNED ON ICMS

JUL - 6 2005

6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

PLAINTIFF

v.

Dustimiller John

DEFENDANT.

☑ LA   ☐ RS   ☐ SA ‒   ☐ UNDER SEAL
CASE NUMBER: _05 - 1407 m_
☐ COMPLAINT      ☒ OUT OF DISTRICT AFFIDAVIT
☐ INDICTMENT     ☐ INFORMATION
☐ SUMMONS        ☐ EXTRADITION
☐ PSA/PO WARRANT
☐ SUPER FAST TRACK (Class B Misdemeanor)
FILED: _6-30-05_
VIOLATION: _18.1546_

DATE: _6-30-05_    TIME: _300_
TAPE NUMBER: _CR 06-30-05_

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE _Zarefsky_ | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |

PRESENT: _I. Bernal - N. Hackney_  _David Kowal_     _Latin Tamil_
       _Deputy Clerk_              _Assistant U.S. Attorney_      _Interpreter / Language_

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
  ☐ preliminary hearing OR ☒ removal hearing / Rule 20.                   ✓ _Namagal Vivekaandamorthy Javer_
☑ Defendant states true name ☒ is as charged ☐ is_____
☑ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered SEALED.
☑ Attorney: _Victor Cannon_     ☐ Retd. ☒ Apptd. ☐ Prev. Apptd. ☒ DFPD ☐ Panel ☐ Poss. Contribution
  Ordered (see separate order) ☐ Special appearance by:_____
☑ Government's request for detention is: ☒ GRANTED    ☐ DENIED    ☐ WITHDRAWN    ☐ CONTINUED
☒ Defendant is ordered: ☒ Permanently Detained    ☐ Temporarily Detained (see separate order)
☐ BAIL FIXED AT $_____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case:    ☐ GRANTED    ☐ DENIED
☑ Preliminary Hearing waived.
☐ SUPER FAST TRACK    ☐ Defendant is advised of maximum penalties.
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the
  setting of further proceedings.
☐ PO/PSA WARRANT    ☐ Counsel are directed to contact the clerk for District Judge _____ for
  the setting of further proceedings.
☐ Preliminary Hearing set for _____ at 4:30 PM _____
☐ Post-Indictment Arraignment set for: _____ at 8:30 AM in LA; at 3:00 PM in Riverside; at 10:00 AM in Santa Ana
☐ Government's motion to dismiss case/defendant _____ only:  ☐ GRANTED    ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED    ☐ DENIED
☒ Defendant executed Waiver of Rights.  ☐ Process received.
☒ Court ORDERS defendant Held to Answer to ___USDC___ District of ___Columbia___
  ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
  ☒ Warrant of removal and final commitment to issue.   ☐ Warrant of removal and final commitment are ordered stayed
    until _____ .
☐ Case continued to (Date) _____ (Time) _____ ☐ AM / ☐ PM
  Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
  Proceedings will be held in the ☐ Duty Courtroom_____  ☐ Judge's Courtroom _____
☑ Defendant committed to the custody of the U.S. Marshal  ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
  RELEASE ORDER NO: _____
☐ Other: _____

         ☐ PSA           ☐ FINANCIAL           ☐ READY
cc: AUSA, Defendant's counsel                          Deputy Clerk Initials _____
    ☑ PSALA, ☐ PSASA, ☐ PSAED, ☐ USPO                                    _15_
    ORIGINAL -WHITE COPY      PINK- PIA CLERK      YELLOW - STATS      GREEN - CRD

JUL - 6 2005

*U.S. GPO: 2004-778-324/13004

1 | DEBRA WONG YANG
United States Attorney
2 | THOMAS P. O'BRIEN
Assistant United States Attorney
3 | Chief, Criminal Division
DAVID P. KOWAL (SBN 188651)
4 | Assistant United States Attorney
    1200 United States Courthouse
5 |  312 North Spring Street
    Los Angeles, California 90012
6 |  Telephone: (213) 894-5136
    Email: David.Kowal@usdoj.gov
7 |
Attorneys for Plaintiff
8 | United States of America

9

10

11
                    UNITED STATES DISTRICT COURT

12
            FOR THE CENTRAL DISTRICT OF CALIFORNIA

13 | UNITED STATES OF AMERICA,     )    Case No. 05-N07 M
                                   )
14 |              Plaintiff,       )    GOVERNMENT'S NOTICE OF REQUEST
                                   )    FOR DETENTION
15 |       v.                      )
                                   )
16 | DUSTIMILLER, John             )
                                   )
17 |              Defendant.       )
                                   )
18 |                               )
                                   )
19 |                               )
                                   )
20 |                               )
                                   )
21 | _____   )

FILED
CLERK, U.S. DISTRICT COURT
JUN 3 0 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I hereby attest and certify on __7/6/05__
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
V. Lukio
DEPUTY CLERK

(1101)

22 |      Plaintiff, United States of America, by and through its counsel

23 | of record, hereby requests detention of defendant and gives notice

24 | of the following material factors:

25 | ____  1.  Temporary 10-day Detention Requested (§ 3142(d))

26 |           on the following grounds:

27 |           ____  a.  offense committed while defendant was on release

28 |                     pending (felony trial), (sentencing) (appeal) or

ENTERED ON ICMS
JUL - 6 2005

④

1   on (probation) (parole);

2   ____   b.   alien not lawfully admitted for permanent

3           residence;

4   ____   c.   flight risk;

5   ____   d.   danger to community.

6   _X_   2.   <u>Pretrial Detention Requested (§ 3142(e)) because no</u>

7           <u>condition or combination of conditions will</u>

8           <u>reasonably assure against</u>:

9       _X_   a.   danger to any other person or the community;

10      _X_   b.   flight.

11  _   3.   <u>Detention Requested Pending Supervised</u>

12          <u>Release/Probation Revocation Hearing (Rules 32.1,</u>

13          <u>46, § 3143) because defendant cannot establish a</u>

14          <u>condition or combination of conditions that will</u>

15          <u>reasonably assure against</u>:

16      __   a.   Danger to any other person or the community;

17      __   b.   Flight.

18  ____   4.   <u>Presumptions Applicable to Pretrial Detention (18</u>

19          <u>U.S.C. § 3142(e))</u>:

20      ____   a.   Title 21 offense with 10-year or greater maximum

21              penalty (presumption of danger to community and

22              flight risk);

23      ____   b.   firearm used or carried during offense (18 U.S.C.

24              § 924(c)) (presumption of danger to community and

25              flight risk);

26      ____   c.   offense under Maritime Drug Law Enforcement Act

27              (46 U.S.C. App. 1901 et seq.) (presumption of

28              danger to community and flight risk);

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____ d.  defendant currently charged with (I) crime of violence, (II) offense with maximum sentence of life imprisonment or death, (III) Title 21 offense with ten year or greater maximum sentence, or (IV) state or local offense that would qualify under I, II, or III if federal jurisdiction were present, and defendant was previously convicted of a crime listed in I, II, or III committed while on release pending trial, and the current offense was committed within five years of conviction or release from prison on the above-described previous conviction (presumption of danger to community).

___X___  5.  <u>Government is Entitled to Detention Hearing Under § 3142(f) Based on the Following:</u>

_____ a.  crime of violence (defined in 18 U.S.C. § 3156);

_____ b.  maximum sentence is life imprisonment or death;

_____ c.  Title 21 offense with maximum sentence of ten years or more;

_____ d.  instant offense is felony and defendant has two or more convictions for a crime set forth in a-c above or for an offense under state or local law that would qualify under a, b, or c if federal jurisdiction were present;

_X_ e.  serious risk of flight;

_____ f.  serious risk of (obstructing justice or attempting to obstruct justice)(threatening, injuring, or intimidating witness or juror, or

3

attempting to do so).

6. Government requests continuance of _____ days for detention hearing based upon the following reason: __

_____

_____

_____

7. Good cause for continuance in excess of three days exists in that:

_____

_____

_____

_____

DATED: 6/30/05, 2005

Respectfully submitted,

DEBRA WONG YANG
United States Attorney

DAVID P. KOWAL
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

4

AO442(Rev. 12/85) Warrant for Arrest

FILED

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

2005 JUN 30 AM 10: 20

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

UNITED STATES OF AMERICA
V.

Dustimiller John,
aka Dustmiller John,
aka John Dustimiller

## WARRANT FOR ARREST

# 05 - 1407M

CASE NUMBER: 05 - 0348 M - 01

To:     The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Dustimiller John_____
                                                        Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

presenting and causing to be presented immigration documents containing false statements

in violation of Title _18_ United States Code, Section(s) _1546(a) & 2_ .

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

Name of Issuing Officer

_John M. Facciola_

Signature of Issuing Officer

Title of issuing Officer

District of Columbia JUN 20 2005

Date and Location

Bail fixed at $ _____      by _____
                                        Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | INVESTIGATIVE COPY ONLY ORIGINAL ON FILE WITH US MARSHAL  RM __7th__ | INVESTIGATIVE COPY ONLY ORIGINAL ON FILE WITH US MARSHAL  RM __9th__ |
| DATE OF ARREST | | |

JUL - 6 2005

(3)

I hereby attest and certify on 7/11/05 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
OF CALIFORNIA

V. Aulrio



(1101)

FILED

2005 JUN 30 AM 10: 24

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| Dustimiller John          PLAINTIFF | **05 - 1 4 0 7 M** |
| v. | CR- |
| | AFFIDAVIT RE |
| DEFENDANT(S). | OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by:

☐ Indictment   ☐ Information   ☑ Complaint   ☐ Bench warrant for   ☐ Probation Violation
                                                                    ☐ Failure to Appear

in the ___Columbia___ District of __D.C.__ on __6/20/2005__

at _____ a.m./p.m.  The offense was allegedly committed on or about __5/14/2005__

in violation of Title __18__ U.S.C., Section(s) __1546 (a) + 2__ to wit: _____

A warrant for defendant's arrest was issued by:   ☑ Magistrate Judge   __John M Facciola__
                                                   ☐ District Judge

Bond of $_____ was:  ☐ Set   ☐ Recommended

Type of Bond:  ☐ Personal Recognizance  ☐ Appearance  ☐ Corporate Surety  ☐ Unknown or Unspecified

Relevant document(s) on hand (attach):_____

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my

_____
*Signature of Agent*

presence on __6-30-05__
          *Date*

Evelyn Forny-Jam
*Print Last Name*

J. English
*Deputy Clerk*

JUL - 2005

DSS - Special Agen
*Agency and Title*

①

FILED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA    2005 JUN 30  AM 10: 24

UNITED STATES OF AMERICA,                    05 - 1407 M

Dustmiller John          PLAINTIFF        CR-

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

v.

REPORT COMMENCING CRIMINAL ACTION

DEFENDANT(S).

TO:    CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1)   Date and time of arrest  6/29/2005 - 1230 _____ a.m./p.m.

2)   Charges under which defendant has been booked at Metropolitan Detention Center (MDC)_____
     18 USC 1546 (a) + 2  -visa fraud _____

3)   Offense charged is a:   ☒ Felony    ☐ Minor Offense    ☐ Petty Offense    ☐ Other Misdemeanor

4)   U.S. Citizen:    ☐ Yes    ☒ No    ☐ Unknown

5)   Date of Birth: 11/23/1960 _____

6)   The defendant is:   ☒ Presently in custody on this charge.
                         ☐ At liberty on bond posted before a Magistrate Judge.
                         ☐ At liberty and warrant is requested.
          Federal  ☒  In custody on another conviction.
          State    ☐  In custody awaiting trial on these charges.

7)   Place of detention (if out-of-district): US Marshalls _____

8)   Date detainer placed on defendant: 6/29/2005 _____

9)   This is a reprosecution of previously dismissed charges. (Docket/Case No._____ )

10)  Name of Pretrial Services Officer:_____

11)  Remarks (if any):_____

12)  Date: 6/30/2005 _____    13) _____ Signature

I hereby attest and certify on 7/11/05
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK

Name  Evelyn Fomr Samu

Title  Special Agent

CR-64 (10/93)    REPORT COMMENCING CRIMINAL ACTION (1101)