ZaAO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

Dustimiller John,
aka Dustmiller John,
aka John Dustimiller
DOB 11/23/1960

**WARRANT FOR ARREST**

CASE NUMBER: 05 - 0348M - 01

FILED
JUL 1 9 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Dustimiller John___
Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

presenting and causing to be presented immigration documents containing false statements

in violation of Title __18__ United States Code, Section(s) __1546(a) & 2__.

Name of Issuing Officer: JOHN M. FACCIOLA
Signature of Issuing Officer

Title of Issuing Officer: U.S. MAGISTRATE JUDGE
Date and Location: District of Columbia   JUN 2 0 2005

Bail fixed at $ _____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6-20-05 | SEAN McLEOD  SDUSM | S.B.M/// |
| DATE OF ARREST 7-19-05 | | |