# United States District Court

**FILED**
AUG 1 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_for the_ DISTRICT OF Washington DC

UNITED STATES OF AMERICA

V.

Dustimiller John

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 05-348 M

I, Dustimiller John, charged in a (complaint) (petition) pending in this District with immigration fraud in violation of Title 18, U.S.C., 1546 (a) §2,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____
Defendant

8-12-05
Date

_____
Counsel for Defendant